RECEIVED
MAR - 5 2015
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| KIRBY'S FAMILY PHARMACY, INC. | CIVIL ACTION 14-2691 |
| VERSUS | U.S. DISTRICT JUDGE DRELL |
| CATAMARAN PBM of ILL II, INC. | U.S. MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the motion to remand, doc. #11, is GRANTED and this case is REMANDED to the Alexandria City Court for further proceedings.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 5 day of March, 2015.

DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT